

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Willie J. Perry and Njemile S. Weyni
      Debtor

Case No.: 06–35922

Chapter: 13

**ENTERED**
**02/01/2008**

## ORDER CONFIRMING CHAPTER 13 PLAN MODIFICATION
## AND VALUING COLLATERAL PURSUANT TO 11 U.S.C. §506

1. The Court has considered confirmation of the debtor(s)' chapter 13 plan modification that was proposed on 1/10/08.

2. All objections to the plan modification have been withdrawn or overruled.

3. The Court has determined that the plan modification meets all of the requirements of §1329 of the Bankruptcy Code.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan modification or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim and the actual pro–ration for distribution on general unsecured claims will be based on actual Allowed Amounts of general unsecured claims.

5. The value of the collateral for secured claims is in the amount set forth in the plan modification.

6. The plan modification is confirmed.

Signed and Entered on Docket: 2/1/08

JEFF BOHM
United States Bankruptcy Judge